**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Illinois

Case number *(if known)*: _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Jelena<br>First name<br><br>Middle name<br><br>Dordevic<br>Last name<br><br>Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 1 1 3 8<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Debtor 1   Jelena Dordevic
           First Name    Middle Name    Last Name                                    Case number (if known)

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business names or EINs.<br><br>SEE ATTACHMENT SHEET A<br>Business name<br><br>Business name<br><br>EIN __ __ – __ __ __ __ __ __ __<br><br>EIN __ __ – __ __ __ __ __ __ __ | ☐ I have not used any business names or EINs.<br><br>Business name<br><br>Business name<br><br>EIN __ __ – __ __ __ __ __ __ __<br><br>EIN __ __ – __ __ __ __ __ __ __ |

| **5. Where you live** | | **If Debtor 2 lives at a different address:** |
|---|---|---|
| | 11146 Indian Woods Drive<br>Number       Street<br><br>Unit 32A<br><br>Indian Head Park          IL      60525<br>City                      State   ZIP Code<br><br>Cook<br>County<br><br>**If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.**<br><br>Number       Street<br><br>P.O. Box<br><br>City                      State   ZIP Code | Number       Street<br><br><br>City                      State   ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.**<br><br>Number       Street<br><br>P.O. Box<br><br>City                      State   ZIP Code |

| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:* | *Check one:* |
|---|---|---|
| | ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Jelena Dordevic**                                    Case number *(if known)*_____
First Name    Middle Name    Last Name

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
| --- | --- |

7. **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

8. **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

9. **Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.  District _____ When _____    Case number _____
                                        MM / DD / YYYY
        District _____ When _____    Case number _____
                                        MM / DD / YYYY
        District _____ When _____    Case number _____
                                        MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.  Debtor _____    Relationship to you _____
        District _____ When _____  Case number, if known_____
                                        MM / DD / YYYY

        Debtor _____    Relationship to you _____
        District _____ When _____  Case number, if known_____
                                        MM / DD / YYYY

11. **Do you rent your residence?**

☑ No.  Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

        ☐ No. Go to line 12.
        ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    __Jelena Dordevic_____          Case number *(if known)*_____
            First Name    Middle Name    Last Name

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number      Street

_____

_____
City                              State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
                       Number        Street

_____

_____
City                              State      ZIP Code

Debtor 1   __Jelena Dordevic__   Case number *(if known)*_____
First Name   Middle Name   Last Name

---

## Part 5:   Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    <u>Jelena Dordevic</u>
First Name    Middle Name    Last Name      Case number *(if known)*_____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

---

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 100-199
☐ 50-99
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☑ $100,001-$500,000
☐ $50,001-$100,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/Jelena Dordevic      ✗ _____
Signature of Debtor 1      Signature of Debtor 2

Executed on <u>4/24/2020</u>      Executed on _____
MM / DD / YYYY      MM / DD / YYYY

Debtor 1    __Jelena Dordevic__
           First Name   Middle Name   Last Name

Case number (if known)_____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**✗** /s/Anthony J. Peraica
Signature of Attorney for Debtor

Date    4 / 24 / 2020
        MM   /   DD  / YYYY

Anthony J. Peraica
Printed name

Anthony J. Peraica & Associates, Ltd.
Firm name

5130 S. Archer Avenue
Number    Street

Chicago                IL    60632
City                   State ZIP Code

Contact phone (773) 735-1700        Email address peraicalaw@aol.com

6186661                IL
Bar number             State

---

Debtor 1 _____   Case number (if known)_____
First Name      Middle Name      Last Name

---

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

---

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____   X _____
Signature of Debtor 1                    Signature of Debtor 2

Executed on ___ / ___ / _____       Executed on ___ / ___ / _____
MM / DD / YYYY                          MM / DD / YYYY

---

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 — Liquidation

- Chapter 11— Reorganization

- Chapter 12— Voluntary repayment plan for family farmers or fishermen

- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:   Liquidation

|   |   |   |
|---|---|---|
|   | $245 | filing fee |
|   | $75 | administrative fee |
| + | $15 | trustee surcharge |
|   | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12:  Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $75 | administrative fee |
| | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13:  Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $75 | administrative fee |
| | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Jelena Dordevic | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................................ | $ 336,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*............................................................ | $ 5,743.11 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ....................................................................... | $ 341,743.11 |

### Part 2:   Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*........... | $ 4,759,168.23 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ 107,033.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ...................................... | + $ 421,685.16 |
| **Your total liabilities** | $ 5,287,886.39 |

### Part 3:   Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................................................ | $ 3,861.66 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................................................... | $ 5,765.00 |

Debtor 1  Jelena Dordevic
_____First Name_____Middle Name_____Last Name_____     Case number (if known) _____

| Part 4: | Answer These Questions for Administrative and Statistical Records |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____3,861.66

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*.

   **Total claim**

   **From Part 4 on *Schedule E/F*, copy the following:**

   9a. Domestic support obligations (Copy line 6a.)                                   $_____0.00

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)          $_____107,033.00

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)  $_____0.00

   9d. Student loans. (Copy line 6f.)                                                 $_____0.00

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)   $_____0.00

   9f.  Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)   + $_____0.00

   9g. **Total.** Add lines 9a through 9f.                                            $_____107,033.00

Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | Jelena Dordevic | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1. 11146 Indian Woods Drive
Street address, if available, or other description

Unit 32A

Indian Head Park   IL   60525
City   State   ZIP Code

Cook
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 336,000.00 | $ 336,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2. _____
Street address, if available, or other description

_____

_____
City   State   ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Debtor 1 _Jelena Dordevic_____   Case number (if known)_____
First Name   Middle Name   Last Name

| | |
|---|---|
| 1.3. _____<br>Street address, if available, or other description<br><br>_____<br><br>_____<br>City        State    ZIP Code<br><br>_____<br>County<br><br>_____ | **What is the property?** Check all that apply.<br>☐ Single-family home<br>☐ Duplex or multi-unit building<br>☐ Condominium or cooperative<br>☐ Manufactured or mobile home<br>☐ Land<br>☐ Investment property<br>☐ Timeshare<br>☐ Other _____<br><br>**Who has an interest in the property?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>Other information you wish to add about this item, such as local property identification number: _____ |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?
$_____   $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ................................................. →   $_____

---

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| | | |
|---|---|---|
| 3.1. Make:   Mercedes<br>Model:   ML550<br>Year:   2010<br>Approximate mileage:   180000<br>Other information:<br>fair condition, old car, needs constant maintenance | **Who has an interest in the property?** Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ Check if this is community property (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>Current value of the entire property?   Current value of the portion you own?<br>$    4,000.00   $    4,000.00 |

If you own or have more than one, describe here:

| | | |
|---|---|---|
| 3.2. Make:   _____<br>Model:   _____<br>Year:   _____<br>Approximate mileage:   _____<br>Other information:<br>_____ | **Who has an interest in the property?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ Check if this is community property (see instructions) | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*<br><br>Current value of the entire property?   Current value of the portion you own?<br>$_____   $_____ |

Debtor 1    Jelena Dordevic
_____  _____  _____          Case number (if known)_____
First Name     Middle Name     Last Name

---

**3.3.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[   ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

---

**3.4.** Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[   ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

---

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

[x] No
[ ] Yes

---

**4.1.** Make: _____

Model: _____

Year: _____

Other information:

[   ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

---

If you own or have more than one, list here:

**4.2.** Make: _____

Model: _____

Year: _____

Other information:

[   ]

**Who has an interest in the property?** Check one.

[ ] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

[ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

---

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here .................................................→

$_____

---

Debtor 1    Jelena Dordevic
_____    Case number (if known)_____
First Name        Middle Name        Last Name

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☑ Yes. Describe.........  | debtor's furniture and household goods |    $_____750.00

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collection; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ☑ Yes. Describe.........  | two old laptop computers and cell phone |    $_____275.00

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☑ No
    ☐ Yes. Describe.........  |  |    $_____0.00

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☑ No
    ☐ Yes. Describe.........  |  |    $_____0.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.........  |  |    $_____0.00

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.........  | personal clothing |    $_____100.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☑ No
    ☐ Yes. Describe.........  |  |    $_____0.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe.........  |  |    $_____0.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information. ............  |  |    $_____0.00

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...........................................................................→    $_____1,125.00

Debtor 1    Jelena Dordevic
      First Name      Middle Name      Last Name          Case number *(if known)*_____

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes ..................................................................................................... Cash: ...................... $_____ 0.00

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes .....................

Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Countryside Bank (personal acct ending 2000) | $ 0.36 |
| 17.2. Checking account: | Countryside Bank (business acct ending 4000) | $ 237.85 |
| Checking   17.3. Savings account: XXXXXX | Bank of America (personal acct ending 8049) | $ 102.75 |
| Checking   17.4. Savings account: XXXXXX | First Financial Bank (personal acct ending 0765) | $ 277.15 |
| Savings account   17.5. Certificates of deposit: XXXXXXXXXXXXXXXXXX | First Financial Bank (personal acct ending 8774) | $ 0.00 |
| 17.6. Other financial account: | _____ | $_____ |
| 17.7. Other financial account: | _____ | $_____ |
| 17.8. Other financial account: | _____ | $_____ |
| 17.9. Other financial account: | _____ | $_____ |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes .................

Institution or issuer name:

_____ $_____ 0.00
_____ $_____
_____ $_____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them..........................

| Name of entity: | % of ownership: | |
|---|---|---|
| _____ | 0% % | $_____ 0.00 |
| _____ | 0% % | $_____ |
| _____ | 0% % | $_____ |

Debtor 1    Jelena Dordevic
_____    Case number (if known)_____
First Name    Middle Name    Last Name

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific    Issuer name:
information about
them......................    $_____0.00

    $_____

    $_____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each
account separately.    Type of account:    Institution name:

    401(k) or similar plan:    _____    $_____0.00

    Pension plan:    _____    $_____

    IRA:    _____    $_____

    Retirement account:    _____    $_____

    Keogh:    _____    $_____

    Additional account:    _____    $_____

    Additional account:    _____    $_____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No

☐ Yes ..........................    Institution name or individual:

    Electric:    _____    $_____0.00

    Gas:    _____    $_____

    Heating oil:    _____    $_____

    Security deposit on rental unit:    _____    $_____

    Prepaid rent:    _____    $_____

    Telephone:    _____    $_____

    Water:    _____    $_____

    Rented furniture:    _____    $_____

    Other:    _____    $_____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes ..........................    Issuer name and description:

    $_____0.00

    $_____

    $_____

Debtor 1    Jelena Dordevic
            First Name    Middle Name    Last Name                    Case number *(if known)*_____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No
    ☐ Yes ................................  Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

    _____   $_____0.00
    _____   $_____
    _____   $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☑ No
    ☐ Yes. Give specific
       information about them....  [                                    ]   $_____0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes. Give specific
       information about them....  [                                    ]   $_____0.00

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☑ No
    ☐ Yes. Give specific
       information about them....  [                                    ]   $_____0.00

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☑ No
    ☐ Yes. Give specific information
       about them, including whether
       you already filed the returns
       and the tax years. .....................

    | | |
    |---|---|
    | Federal: | $_____0.00 |
    | State: | $_____ |
    | Local: | $_____ |

29. **Family support**
    *Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☑ No
    ☐ Yes. Give specific information.............

    | | |
    |---|---|
    | Alimony: | $_____0.00 |
    | Maintenance: | $_____ |
    | Support: | $_____ |
    | Divorce settlement: | $_____ |
    | Property settlement: | $_____ |

30. **Other amounts someone owes you**
    *Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
             Social Security benefits; unpaid loans you made to someone else
    ☑ No
    ☐ Yes. Give specific information.............  [                                    ]   $_____0.00

Debtor 1    Jelena Dordevic
       First Name     Middle Name     Last Name            Case number *(if known)*

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company
of each policy and list its value. ...

| | Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|---|
| | | | $ 0.00 |
| | | | $ 0.00 |
| | | | $ 0.00 |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information.............       $ 0.00

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ...................       $ 0.00

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ...................       $ 0.00

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information.............       $ 0.00

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ..........................................................................➔       $ 0.00

**Part 5:**    **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

Current value of the
portion you own?
Do not deduct secured claims
or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe.......       $ 0.00

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe.......       $ 0.00

Debtor 1   Jelena Dordevic
           First Name    Middle Name    Last Name

Case number (if known)_____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☑ No
☐ Yes. Describe........ [                                    ] $_____ 0.00

41. **Inventory**
☑ No
☐ Yes. Describe........ [                                    ] $_____ 0.00

42. **Interests in partnerships or joint ventures**
☑ No
☐ Yes. Describe....... Name of entity:                    % of ownership:
                       _____    ____%    $_____ 0.00
                       _____    ____%    $_____
                       _____    ____%    $_____

43. **Customer lists, mailing lists, or other compilations**
☑ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
     ☐ No
     ☐ Yes. Describe........ [                            ] $_____ 0.00

44. **Any business-related property you did not already list**
☑ No
☐ Yes. Give specific
   information .........    _____    $_____ 0.00
                           _____    $_____
                           _____    $_____
                           _____    $_____
                           _____    $_____
                           _____    $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
for Part 5. Write that number here ....................................................................➔ $_____ 0.00

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---------|---------------------------------------------------------------------------------------------|
|         | If you own or have an interest in farmland, list it in Part 1.                               |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☑ No. Go to Part 7.
☐ Yes. Go to line 47.

                                                    Current value of the
                                                    portion you own?
                                                    Do not deduct secured claims
                                                    or exemptions.

47. **Farm animals**
   *Examples*: Livestock, poultry, farm-raised fish
☑ No
☐ Yes ......................... [                            ] $_____ 0.00

Debtor 1 ___Jelena Dordevic_____   Case number (if known)_____
           First Name   Middle Name   Last Name

**48. Crops—either growing or harvested**

☑ No
☐ Yes. Give specific information. ..........
$ _____ 0.00

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes. ........................
$ _____ 0.00

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes. ........................
$ _____ 0.00

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information. ..........
$ _____ 0.00

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here .................................................................... ➔
$ _____ 0.00

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53.** Do you have other property of any kind you did not already list?
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information. ..........
$ _____ 0.00
$ _____ 0.00
$ _____ 0.00

**54.** Add the dollar value of all of your entries from Part 7. Write that number here ......................................... ➔
$ _____ 0.00

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

**55. Part 1: Total real estate, line 2** ................................................................................................ ➔
$ ___ 336,000.00

**56. Part 2: Total vehicles, line 5**
$ ___ 4,000.00

**57. Part 3: Total personal and household items, line 15**
$ ___ 1,125.00

**58. Part 4: Total financial assets, line 36**
$ ___ 618.11

**59. Part 5: Total business-related property, line 45**
$ ___ 0.00

**60. Part 6: Total farm- and fishing-related property, line 52**
$ ___ 0.00

**61. Part 7: Total other property not listed, line 54**
+ $ ___ 0.00

**62. Total personal property.** Add lines 56 through 61. ....................
$ ___ 5,743.11   Copy personal property total ➔
+ $ ___ 5,743.11

**63. Total of all property on Schedule A/B.** Add line 55 + line 62................................................................
$ ___ 341,743.11

| Fill in this information to identify your case: |
| --- |

Debtor 1    Jelena Dordevic
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(if known)    _____

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: real estate<br>Line from *Schedule A/B*: 1.1 | $ 336,000.00 | ☑ $ 15,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-901 |
| Brief description: motor vehicle<br>Line from *Schedule A/B*: 3.1 | $ 4,000.00 | ☐ $ 4,000.00<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(c) and 735 ILCS 5/12-1001(b) |
| Brief description: household goods<br>Line from *Schedule A/B*: 6 | $ 750.00 | ☐ $ 750.00<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

| Debtor 1 | Jelena Dordevic | | | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from Schedule A/B | Check only one box for each exemption | |
| Brief description: electronics | $ 275.00 | ☐ $ 275.00<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Line from Schedule A/B: 7 | | | |
| Brief description: personal clothing | $ 100.00 | ☐ $ 100.00<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(a) |
| Line from Schedule A/B: 11 | | | |
| Brief description: bank accounts | $ 618.11 | ☐ $ 618.11<br>☑ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Line from Schedule A/B: 17 | | | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jelena Dordevic | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

**2.1** Sieman's Financial Services, Inc

Creditor's Name

301 Lindenwood Drive
Number        Street

Suite 250

Malvern         PA   19355
City             State   ZIP Code

**Describe the property that secures the claim:**  $ 164,664.00  $ 76,000.00  $ 88,664.00

6 Tractor / Trucks
SEE ATTACHMENT SHEET A

☐ Contingent
☐ Unliquidated
☐ Disputed

Judgment against debtor in civil case 19-L-050409 in the Circuit Court of Cook County, Illinois, Law Division, judgment entered December 12, 2019

*DEBTOR AS PERSONAL GUARANTOR*

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  12/12/0201

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   UNKNOWN

**2.2** Newtek Small Bus. Finance, Inc.

Creditor's Name

1981 Marcus Avenue
Number        Street

Suite 130

New Hyde Park    NY   11042
City             State   ZIP Code

**Describe the property that secures the claim:**  $ 2,818,600.00  $ 695,000.00  $ 1,787,600

72 Trucks, 10 Trailers and debtor's home
SEE ATTACHMENT SHEET B

☐ Contingent
☐ Unliquidated
☐ Disputed

Trucks/Trailers and $336,000.00 for debtor's home (see Schedule A/B, Line 1.1), TOTAL VALUE: $1,031,000.00

Also see Schedule D, Line 3.0

*DEBTOR AS PERSONAL GUARANTOR.*

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  03/30/0201

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number   1526

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 2,983,264.00 |
|---|---|

Debtor 1    Jelena Dordevic
First Name    Middle Name    Last Name

Case number (if known)_____

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>if any |
|---|---|---|---|---|

---

**2.3** Wells Fargo Equipment Finance

Creditor's Name

P.O. Box 858178
Number    Street

Minneapolis    mn    55485
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

- ☐ Check if this claim relates to a
  community debt

Date debt was incurred _____

Describe the property that secures the claim:

15 Leased Trailers
SEE ATTACHMENT SHEET C

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured
  car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

4032

Last 4 digits of account number __ __ __ __

$ 167,943.88 | $ 165,000.00 | $ 2,943.88

*DEBTOR N PERSONAL GUARANTOR*

---

**2.4** Inverto Investment Group LLC

Creditor's Name

1875 Century Park E
Number    Street

Los Angeles    CA    90067
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☒ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

- ☐ Check if this claim relates to a
  community debt

Date debt was incurred _____

Describe the property that secures the claim:

Misc Equip SEE ATTACHMENT SHEET D

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured
  car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number __ __ __ __

$ 42,000.00 | $ 18,550.00 | $ 23,450.00

*DEBTOR N PERSONAL GUARANTOR.*

---

**2.5** BMO Harris Trans. Finance

Creditor's Name

PO BOx 3040
Number    Street

Cedar Rapids    IA    52406
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

- ☐ Check if this claim relates to a
  community debt

Date debt was incurred _____

Describe the property that secures the claim:

8 Trailers and other carriers
SEE ATTACHMENT SHEET E

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured
  car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number UNKNOWN

$ (      ) | $ 72,000.00 | $ 0.00

SEE SCHEDULE D LINE 2.8 for amount of claim , included in
civil lawsuit against debtor, Case No 19-L-009572, Circuit
Court of Cook County, Illinois, Judgment entered 01/16/2020

*DEBTOR N PERSONAL GUARANTOR.*

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ 209,943.88

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here: $_____

Debtor 1   Jelena Dordevic

First Name    Middle Name    Last Name        Case number (if known)_____

| Part 1: | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

**2.6** M2 Lease Funds, LLC

Creditor's Name

175 N. Patrick Blvd

Number    Street

Brookfield    WI   53045

City      State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred   06/24/2019

**Describe the property that secures the claim:**    $ 65,813.35   $ 32,000.00   $ 38,000.00

4 Tractor/Trucks
SEE ATTACHMENT SHEET F

Judgment against debtor in lawsuit 2019CV000608, Circuit Court of Waukesha County, Wisconsin, entered June 24, 2019

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

*DEBTOR N PERSONAL GUARANTOR*

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___   UNKNOWN

---

**2.7** Triumph Business Capital

Creditor's Name

651 Canyon Drive

Number    Street

Suite 105

Coppell    TX   75019

City      State   ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt   Unknown

Date debt was incurred   _____

**Describe the property that secures the claim:**    $ 200,000.00   $ 115,000.00   $ 85,000.00

4 Trucks, 4 Trailers SEE ATTACHMENT G

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

*DEBTOR N PERSONAL GUARANTOR*

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___   UNKNOWN

---

**2.8** BMO Harris Trans. Finance

Creditor's Name

PO Box 3040

Number    Street

Cedar Rapids   IA   52406

City      State   ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ Check if this claim relates to a community debt   Unknown

Date debt was incurred   _____

**Describe the property that secures the claim:**    $ 586,809.00   $ 340,000.00   $ 246,809.0

31 trailers
SEE ATTACHMENT SHEET H

Judgment against debtor in lawsuit 19-L-009572, Circuit Court of Cook County, Illinois - Law Division, entered January 16, 2020 ALSO SEE SCHEDULE D, LINE 2.5 debt included in this judgment amount.

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

*DEBTOR IS PERSONAL GUARANTOR.*

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___   UNKNOWN

---

Add the dollar value of your entries in Column A on this page. Write that number here:   $ 852,622.35

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   $ _____

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page **3** of **6**

Debtor 1    Jelena Dordevic
_____    Case number (if known) _____
First Name    Middle Name    Last Name

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.9** CIT Direct Capital

Creditor's Name

155 Commerce Way
Number    Street

Portsmouth    NH    03801
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt    Unknown

Date debt was incurred _____

**Describe the property that secures the claim:**    $ 164,338.00    $ 22,000.00    $142,338.0

2 trucks
SEE ATTACHMENT SHEET I

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

*DEBTOR IS PERSONAL GUARANTOR, LAWSUIT PENDING IN COOK CO. CIRCUIT COURT CASE NO. 19-L-013499*

Last 4 digits of account number ___ ___ ___ ___    UNKNOWN

---

**3.0** First Financial Bank, N.A.

Creditor's Name

201 N. Broadway Street
Number    Street

Greenburg    IN    47240
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☑ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt    Unknown

Date debt was incurred _____

**Describe the property that secures the claim:**    $ 213,000.00    $ 336,000.00    $123,000.0

1st Mortgage for real estate

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___    2969

---

**3.1** Newtek Small Bus Finance Inc

Creditor's Name

1981 Marcus Avenue
Number    Street

Suite 130

New Hyde Park    NY    11042
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

Date debt was incurred 03/30/0201

**Describe the property that secures the claim:**    $ 336,000.00    $ 336,000.00    $ 0.00

2nd Mortgage for real estate / property is collateral for business loan, Sch D Line 2.2

See Schedule D, Part 1, Line 2.2. This residential real estate is collateral for same business loan listed there.

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

*DEBTOR IS PERSONAL GUARANTOR*

Last 4 digits of account number ___ ___ ___ ___    1526

---

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 713,338.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    $4,759,168.23.

Debtor 1    Jelena Dordevic
     First Name     Middle Name     Last Name

Case number (if known)_____

## Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| 1 | VedderPrice, P.C. | On which line in Part 1 did you enter the creditor? 2.1 |
|---|---|---|
| | Name | Last 4 digits of account number  UNKNOWN |
| | 222 N. LaSalle Street | |
| | Number    Street | |
| | Suite 2600 | |
| | Chicago          IL          60601 | |
| | City          State          ZIP Code | |

| 2 | CohonRaizes | On which line in Part 1 did you enter the creditor? 2.2 |
|---|---|---|
| | Name | Last 4 digits of account number  1  5  2  6 |
| | 208 N. LaSalle Street | |
| | Number    Street | |
| | Suite 1440 | |
| | Chicago          IL          60604 | |
| | City          State          ZIP Code | |

| 3 | Reed Smith, LLP | On which line in Part 1 did you enter the creditor? 2.5 |
|---|---|---|
| | Name | Last 4 digits of account number  UNKNOWN |
| | 10 South Wacker Drive | |
| | Number    Street | |
| | 40th Floor | |
| | Chicago          IL          60606 | |
| | City          State          ZIP Code | |

| 4 | IVT, Ltd. | On which line in Part 1 did you enter the creditor? 2.5 |
|---|---|---|
| | Name | Last 4 digits of account number  UNKNOWN |
| | 112 Maple Place | |
| | Number    Street | |
| | Port Jefferson          NY          11777 | |
| | City          State          ZIP Code | |

| 5 | Reed Smith, LLP | On which line in Part 1 did you enter the creditor? 2.8 |
|---|---|---|
| | Name | Last 4 digits of account number  UNKNOWN |
| | 10 South Wacker Drive | |
| | Number    Street | |
| | 40th Floor | |
| | Chicago          IL          60606 | |
| | City          State          ZIP Code | |

| 6 | IVT, Ltd. | On which line in Part 1 did you enter the creditor? 2.8 |
|---|---|---|
| | Name | Last 4 digits of account number  UNKNOWN |
| | 112 Maple Place | |
| | Number    Street | |
| | Port Jefferson          NY          11777 | |
| | City          State          ZIP Code | |

Debtor 1  Jelena Dordevic
  First Name   Middle Name   Last Name

Case number (if known)_____

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |

Use this page only if you have others to be notified about your bankruptcy that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

**7**

Commercial Relationship Recovery
Name

5651 Main Street
Number      Street

Suite 8-336

Williamsville          NY       14211
City                  State     ZIP Code

On which line in Part 1 did you enter the creditor? 2.9

Last 4 digits of account number ___ ___ ___ ___

UNKNOWN

---

**8**

Dressler & Peters, LLC
Name

70 West Hubbard Street
Number      Street

Suite 200

Chicago               IL       60654
City                  State     ZIP Code

On which line in Part 1 did you enter the creditor? 2.9

Last 4 digits of account number ___ ___ ___ ___

UNKNOWN

---

**9**

Currency Capital LLC
Name

12100 Wilshire Blvd.
Number      Street

Los Angeles           CA       90025
City                  State     ZIP Code

On which line in Part 1 did you enter the creditor? 2.4

Last 4 digits of account number ___ ___ ___ ___

2771

---

**10**

Wells Fargo Equipment Finance, Inc.
Name

PO Box 858178
Number      Street

Minneapolis           MN       55485
City                  State     ZIP Code

On which line in Part 1 did you enter the creditor? 2.3

Last 4 digits of account number ___ ___ ___ ___

4032

---

**11**

Askounis & Darcy, PC
Name

444 N. Michigan Avenue
Number      Street

Suite 3270

Chicago               IL       60611
City                  State     ZIP Code

On which line in Part 1 did you enter the creditor? 2.3

Last 4 digits of account number ___ ___ ___ ___

4032

---

Name

Number      Street

City                  State     ZIP Code

On which line in Part 1 did you enter the creditor? ___

Last 4 digits of account number ___ ___ ___ ___

---

# ATTACHMENT SHEET A
## TO SCHEDULE D, LINE 2.1
## CHAPTER 7 BANKRUPTCY OF JELENA DORDEVIC

### VEHICLES FINANCED BY SIEMENS FINANCIAL SERVICES
#### (Debtor as Personal Guarantor)

| YEAR, MAKE & LAST 6 DIGITS OF VIN | VALUE |
|---|---|
| 1. 2013 Volvo VNL64T Truck, 131592 | $13,000.00 |
| 2. 2012 Volvo VNL64T Truck, 557865 | $11,000.00 |
| 3. 2013 Volvo VNL64T Truck, 570236 | $13,000.00 |
| 4. 2013 Volvo VNL64T Truck, 570231 | $13,000.00 |
| 5. 2013 Volvo VNL64T Truck, 570239 | $13,000.00 |
| 6. 2013 Volvo VNL64T Truck, 570235 | $13,000.00 |
| **TOTAL VALUE:** | **$76,000.00** |

# ATTACHMENT SHEET B
### TO SCHEDULE D, LINE 2.2
### CHAPTER 7 BANKRUPTCY OF JELENA DORDEVIC

## PROPERTY FINANCED BY NEWTEK SMALL BUSINESS FINANCE, INC.
### VEHICLES and REAL ESTATE
**(Debtor as Personal Guarantor)**

## VEHICLES

| YEAR, MAKE &<br>LAST 6 DIGITS<br>OF VIN | VALUE |
|---|---|
| 1.  2006 Volvo VNL64T, 397480 | $5,000.00 |
| 2.  2007 Volvo VNL64T, 480012 | $8,000.00 |
| 3.  2005 Volvo VNL64T, 388102 | $3,000.00 |
| 4.  2005 Volvo VNL64T, 369323 | $3,000.00 |
| 5.  2009 Volvo VNL64T, 274613 | $4,000.00 |
| 6.  2007 Volvo VNL64T, 397646 | $8,000.00 |
| 7.  2013 Volvo VNL64T, 130737 | $10,000.00 |
| 8.  2007 Volvo VNL64T, 447956 | $8,000.00 |
| 9.  2007 Volvo VNL64T, 425347 | $8,000.00 |
| 10. 2013 Volvo VNL64T, 130735 | $10,000.00 |
| 11. 2013 Volvo VNL64T, 130735 | $10,000.00 |
| 12. 2007 Volvo VNL64T, 468902 | $8,000.00 |
| 13. 2015 Cottrell Trailer, 590101 | $20,000.00 |
| 14. 2016 Cottrell Trailer, 697201 | $18,000.00 |
| 15. 2015 Cottrell Trailer, 590001 | $20,000.00 |
| 16. 2006 Volvo VNL64T, 396819 | $5,000.00 |

**ATTACHMENT SHEET B, Page 1 of 5**

| | |
|---|---|
| 17. 2008 Volvo VNL64T, 460036 | $2,500.00 |
| 18. 2008 Volvo VNL64T, 460048 | $2,500.00 |
| 19. 2008 Volvo VNL64T, 460041 | $2,500.00 |
| 20. 2008 Volvo VNL64T, 460254 | $2,500.00 |
| 21. 2010 Volvo VNL64T, 277126 | $7,000.00 |
| 22. 2016 Utility 300R Refrig. Semi-Trailer, 429717 | $18,000.00 |
| 23. 2016 Utility 300R Refrig. Semi-Trailer, 429718 | $18,000.00 |
| 24. 2016 Utility 300R Refrig. Semi-Trailer, 429719 | $18,000.00 |
| 25. 2016 Utility 300R Refrig. Semi-Trailer, 429720 | $18,000.00 |
| 26. 2008 Volvo VNL64T, 484530 | $2,500.00 |
| 27. 2008 Volvo VNL64T, 484556 | $2,500.00 |
| 28. 2008 Volvo VNL64T, 4845533 | $2,500.00 |
| 29. 2012 Volvo VNL64T, 547784 | $8,000.00 |
| 30. 2012 Volvo VNL64T, 553074 | $8,000.00 |
| 31. 2014 Great Dane Dry Van, 588564 | $9,000.00 |
| 32. 2015 Great Dane Dry Van, 598781 | $8,500.00 |
| 33. 2006 Volvo VNL64T, 425303 | $5,000.00 |
| 34. 2012 Volvo VNL64T, 547801 | $8,000.00 |
| 35. 2012 Volvo VNL64T, 535074 | $8,000.00 |
| 36. 2008 Volvo VNL64T, 484134 | $2,500.00 |
| 37. 2007 Volvo VNM64T, 395964 | $5,000.00 |

**ATTACHMENT SHEET B, Page 2 of 5**

| | |
|---|---|
| 38. 2012 Volvo VNL64T, 542630 | $8,000.00 |
| 39. 2012 Volvo VNL64T, 549293 | $8,000.00 |
| 40. 2012 Volvo VNL64T, 548107 | $8,000.00 |
| 41.  2005 Volvo VNL64T, 369322 | $3,000.00 |
| 42. 2007 Volvo VNL64T, 425352 | $5,000.00 |
| 43. 2014 Volvo VNL64T, 148608 | $16,000.00 |
| 44. 2012 Volvo VNL64T, 356594 | $8,000.00 |
| 45. 2015 Volvo VNL64T, 915077 | $10,000.00 |
| 46. 2014 Volvo VNL64T, 155005 | $16,000.00 |
| 47. 2014 Volvo VNL64T, 138172 | $8,000.00 |
| 48. 2013 Volvo VNL64T, 129680 | $10,000.00 |
| 49. 2012 Volvo VNL64T, 561460 | $8,000.00 |
| 50. 2011 Volvo VNL64T, 529140 | $9,000.00 |
| 51. 2012 Volvo VNM64T, 550510 | $7,500.00 |
| 52. 2012 Volvo VNM64T, 550504 | $7,500.00 |
| 53. 2012 Volvo VNM64T, 550503 | $7,500.00 |
| 54. 2011 Volvo VNL64T, 297232 | $9,000.00 |
| 55. 2011 Volvo VNL64T, 297070 | $9,000.00 |
| 56. 2011 Volvo VNL64T, 296742 | $9,000.00 |
| 57. 2014 Volvo VNL64T, 138171 | $16,000.00 |
| 58. 2014 Volvo VNL64T, 148565 | $16,000.00 |
| 59. 2014 Volvo VNL64T, 148597 | $16,000.00 |
| 60. 2012 Volvo VNL64T, 552383 | $7,500.00 |

**ATTACHMENT SHEET B, Page 3 of 5**

| | |
|---|---|
| 61. 2014 Volvo VNL64T, 148574 | $16,000.00 |
| 62. 2014 Volvo VNL64T, 138144 | $16,000.00 |
| 63. 2005 Volvo VNL64T, 383281 | $3,000.00 |
| 64. 2007 Volvo VNL64T, 448015 | $5,000.00 |
| 65. 2007 Volvo VNL64T, 425348 | $5,000.00 |
| 66. 2007 Volvo VNL64T, 425353 | $5,000.00 |
| 67. 2007 Volvo VNL64T, 456697 | $5,000.00 |
| 68. 2008 Volvo VNL64T, 484491 | $2,500.00 |
| 69. 2007 Volvo VNL64T, 447955 | $5,000.00 |
| 70. 2007 Volvo VNL64T, 132151 | $5,000.00 |
| 71. 2012 Volvo VNL64T, 552091 | $8,000.00 |
| 72. 2012 Volvo VNL64T, 546284 | $8,000.00 |
| 73. 2012 Volvo VNL64T, 536898 | $8,000.00 |
| 74. 2012 Volvo VNL64T, 547782 | $8,000.00 |
| 75. 2012 Volvo VNL64T, 560712 | $8,000.00 |
| 76. 1999 Volvo VNL64T, 766568 | $4,000.00 |
| 77. 2006 Cottrell Trailer, 540222 | $8,000.00 |
| 78. 2012 Volvo VNL64T, 550993 | $8,000.00 |
| 79. 2013 Volvo VNL64T, 129682 | $10,000.00 |
| 80. 2014 Volvo VNL64T, 148616 | $16,000.00 |
| 81. 2005 Volvo VNL64T, 399667 | $3,000.00 |
| 82. 2013 Volvo VNL64T, 132086 | $10,000.00 |
| **TOTAL VEHICLE VALUES:** | **$695,000.00** |

**ATTACHMENT SHEET B, Page 4 of 5**

# REAL ESTATE
### (Used as collateral / second mortgage to obtain business loan from Newtek Small Business Finance, Inc.)

| REAL ESTATE ADDRESS | VALUE |
|---|---|
| TOWNHOME LOCATED AT 11146 Indian Woods Drive, Unit 32A Indian Head Park, IL 60525 | $336,000.00 |
| **TOTAL REAL ESTATE VALUE:** | **$336,000.00** |

# TOTAL COMBINED VALUES

| | |
|---|---|
| VEHICLES: | $ 695,000.00 |
| REAL ESTATE: | $ 336,000.00 |
| **TOTAL:** | **$1,031,000.00** |

**ATTACHMENT SHEET B, Page 5 of 5**

# ATTACHMENT SHEET C
## TO SCHEDULE D, LINE 2.3
### CHAPTER 7 BANKRUPTCY OF JELENA DORDEVIC

## VEHICLES FINANCED BY WELLS FARGO EQUIPMENT FINANCE.
### (Debtor as Personal Guarantor on LEASE)

| YEAR, MAKE & LAST 6 DIGITS OF VIN | CONTRACT NUMBER | VALUE |
|---|---|---|
| 1. FIVE 2013 Great Dane Trailers | 001-0384032-100 | $45,000.00 |
| 2. FIVE 2014 Great Dane Trailers | 001-0384032-101 | $60,000.00 |
| 3. FIVE 2014 Great Dane Trailers | 001-0384032-102 | $60,000.00 |
| **TOTAL:** | | **$165,000.00** |

# ATTACHMENT SHEET D
## TO SCHEDULE D, LINE 2.4
## CHAPTER 7 BANKRUPTCY OF JELENA DORDEVIC

### VEHICLES FINANCED BY INVERTO INVESTMENT GROUP, LLC.
### (Debtor as Personal Guarantor)

| YEAR, MAKE &<br>LAST 6 DIGITS<br>OF VIN | VALUE |
|---|---|
| 1. 2017 Bobcat Mini Excavator, B27H 12672 | $ 7,000.00 |
| 2. Skid Steer Attachments, Misc Equipment No VIN | $ 1,250.00 |
| 3. 2000 Skyjack SJ9250 Cherrypicker, 50764 | $ 4,000.00 |
| 4. GAP Equipment 01, No VIN | $ 3,000.00 |
| 5. GAP Equipment 02, No VIN | $ 3,000.00 |
| 6. 50-foot chain, 1-inch links, No VIN | $    300.00 |
| **TOTAL:** | **$18,550.00** |

# ATTACHMENT SHEET E
## TO SCHEDULE D, LINE 2.5
### CHAPTER 7 BANKRUPTCY OF JELENA DORDEVIC

### VEHICLES FINANCED BY BMO HARRIS TRANSPORTATION FINANCE
#### (Debtor as Personal Guarantor)

| YEAR, MAKE & LAST 6 DIGITS OF VIN | VALUE |
|---|---|
| 1.  2016 Arcticlite Refrigerator Van, 864191 | $18,000.00 |
| 2.  2016 Arcticlite Refrigerator Van, 947860 | $18,000.00 |
| 3.  2016 Arcticlite Refrigerator Van, 946001 | $18,000.00 |
| 4.  2016 Arcticlite Refrigerator Van, 947858 | $18,000.00 |
| 5.  2015 Carrier, Serial No. RAC1395532 | UNKNOWN |
| 6.  2015 Carrier, Serial No. 6001192521 | UNKNOWN |
| 7.  2015 Carrier, Serial No. RAJ1413858 | UNKNOWN |
| 8.  2015 Carrier, Serial No. 6001195751 | UNKNOWN |
| **TOTAL:** | **$72,000.00** |

# ATTACHMENT SHEET F
## TO SCHEDULE D, LINE 2.6
### CHAPTER 7 BANKRUPTCY OF JELENA DORDEVIC

### VEHICLES FINANCED BY M2 LEASE FUNDS, LLC
**(Debtor as Personal Guarantor)**

| YEAR, MAKE &amp; LAST 6 DIGITS OF VIN | VALUE |
|---|---|
| 1. 2007 Volvo VLN64T, 448010 | $ 8,000.00 |
| 2. 2007 Volvo VLN64T, 421247 | $ 8,000.00 |
| 3. 2007 Volvo VLN64T, 421187 | $ 8,000.00 |
| 4. 2007 Volvo VLN64T, 421243 | $ 8,000.00 |
| **TOTAL:** | **$32,000.00** |

# ATTACHMENT SHEET G
## TO SCHEDULE D, LINE 2.7
## CHAPTER 7 BANKRUPTCY OF JELENA DORDEVIC

### VEHICLES FINANCED BY TRIUMPH BUSINESS CAPITAL
**(Debtor as Personal Guarantor)**

| YEAR, MAKE & LAST 6 DIGITS OF VIN | VALUE |
|---|---|
| 1.  2015 Cottrell Trailer, 624201 | $ 20,000.00 |
| 2.  2015 Miller Trailer, 486922 | $ 20,000.00 |
| 3.  2016 Cottrell Trailer, 828101 | $ 18,000.00 |
| 4.  2017 Cottrell Trailer, 903501 | $ 25,000.00 |
| 5.  2012 Volvo VLN64T, 560712 | $  8,000.00 |
| 6.  2012 Volvo VLN64T, 552091 | $  8,000.00 |
| 7.  2012 Volvo VLN64T, 536898 | $  8,000.00 |
| 8.  2012 Volvo VLN64T, 546284 | $  8,000.00 |
| **TOTAL:** | **$115,000.00** |

# ATTACHMENT SHEET H
## TO SCHEDULE D, LINE 2.8
### CHAPTER 7 BANKRUPTCY OF JELENA DORDEVIC

## VEHICLES FINANCED BY BMO HARRIS TRANSPORTATION FINANCE
### (Debtor as Personal Guarantor)

| YEAR, MAKE & LAST 6 DIGITS OF VIN | VALUE |
|---|---|
| 1.  2016 Vanguard Alumvan Trailer, 607944 | $10,000.00 |
| 2.  2016 Vanguard Alumvan Trailer, 607934 | $10,000.00 |
| 3.  2016 Vanguard Alumvan Trailer, 607952 | $10,000.00 |
| 4.  2016 Vanguard Alumvan Trailer, 607953 | $10,000.00 |
| 5.  2016 Vanguard Alumvan Trailer, 607925 | $10,000.00 |
| 6.  2016 Vanguard Alumvan Trailer, 607933 | $10,000.00 |
| 7.  2016 Vanguard Alumvan Trailer, 607927 | $10,000.00 |
| 8.  2016 Vanguard Alumvan Trailer, 607930 | $10,000.00 |
| 9.  2016 Vanguard Alumvan Trailer, 607931 | $10,000.00 |
| 10. 2016 Vanguard Alumvan Trailer, 607935 | $10,000.00 |
| 11. 2016 Vanguard Alumvan Trailer, 607936 | $10,000.00 |
| 12. 2016 Vanguard Alumvan Trailer, 607937 | $10,000.00 |
| 13. 2016 Vanguard Alumvan Trailer, 607938 | $10,000.00 |
| 14. 2016 Vanguard Alumvan Trailer, 607943 | $10,000.00 |
| 15. 2016 Vanguard Alumvan Trailer, 607947 | $10,000.00 |
| 16. 2016 Vanguard Alumvan Trailer, 607948 | $10,000.00 |
| 17. 2016 Vanguard Alumvan Trailer, 607949 | $10,000.00 |
| 18. 2016 Vanguard Alumvan Trailer, 607950 | $10,000.00 |

**ATTACHMENT SHEET H, Page 1 of 2**

| | |
|---|---|
| 19. 2016 Wabash Arcticlite Trailer, 864191 | $15,000.00 |
| 20. 2016 Wabash Arcticlite Trailer, 947858 | $15,000.00 |
| 21. 2016 Wabash Arcticlite Trailer, 947860 | $15,000.00 |
| 22. 2016 Wabash Arcticlite Trailer, 946001 | $15,000.00 |
| 23. 2016 Vanguard Alumvan Trailer, 607945 | $10,000.00 |
| 24. 2016 Vanguard Alumvan Trailer, 607940 | $10,000.00 |
| 25. 2016 Vanguard Alumvan Trailer, 607954 | $10,000.00 |
| 26. 2016 Vanguard Alumvan Trailer, 607929 | $10,000.00 |
| 27. 2016 Vanguard Alumvan Trailer, 607946 | $10,000.00 |
| 28. 2016 Vanguard Alumvan Trailer, 607941 | $10,000.00 |
| 29. 2016 Vanguard Alumvan Trailer, 607926 | $10,000.00 |
| 30. 2016 Vanguard Alumvan Trailer, 607928 | $10,000.00 |
| 31. 2016 Vanguard Alumvan Trailer, 607932 | $10,000.00 |
| **TOTAL:** | **$340.000.00** |

**ATTACHMENT SHEET H, Page 2 of 2**

# ATTACHMENT SHEET I
## TO SCHEDULE D, LINE 2.9
### CHAPTER 7 BANKRUPTCY OF JELENA DORDEVIC

### VEHICLES FINANCED BY CIT DIRECT CAPITAL (CIT BANK)
#### (Debtor as Personal Guarantor)

| YEAR, MAKE &<br>LAST 6 DIGITS<br>OF VIN | VALUE |
|---|---|
| 1. 2012 Volvo VNL64T, 560692<br>(sleeper truck) | $11,000.00 |
| 2. 2012 Volvo VNL64T, 552092<br>(sleeper truck) | $11,000.00 |
| **TOTAL:** | **$22,000.00** |

**Fill in this information to identify your case:**

| Debtor 1 | Jelena Dordevic | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **List All of Your PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | **West Virginia Parkways Authority**<br>Priority Creditor's Name<br>**3310 Piedmont Road**<br>Number    Street<br><br>**Charleston          WV  25306**<br>City          State    ZIP Code<br><br>**Who incurred the debt? Check one.**<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☑ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | Last 4 digits of account number  0  7  9  5<br><br>When was the debt incurred?  **04/24/2019**<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☑ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify _____ | | $    125.00 | $  125.00 | $      0.00 |
| **2.2** | **Internal Revenue Service**<br>Priority Creditor's Name<br>**PO Box 7346**<br>Number    Street<br><br>**Philadelphia        PA  19101**<br>City          State    ZIP Code<br><br>**Who incurred the debt? Check one.**<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim is for a community debt<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | Last 4 digits of account number  1  1  3  8<br><br>When was the debt incurred?  **08/16/2018**<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☑ Taxes and certain other debts you owe the government   Personal income tax for 2017<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify _____ | | $ 36,433.00 | $ 36,433.00 | $      0.00 |

Debtor 1   Jelena Dordevic
          First Name    Middle Name    Last Name

Case number (if known)_____

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.3**

Illinois Department of Revenue
Priority Creditor's Name

Bankruptcy Unit
Number       Street

PO Box 19053

Springfield          IL      62794
City                State    ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  1  1  3  8      $ 8,725.00  $ 8,725.00  $      0.00

When was the debt incurred?   08/23/2018

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government  Personal income tax for 2017
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

**2.4**

Illinois Department of Revenue
Priority Creditor's Name

Bankruptcy Unit
Number       Street

PO Box 19053

Springfield          IL      62794
City                State    ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  5  5  3  8      $ 2,602.00  $ 2,602.00  $      0.00

When was the debt incurred?   08/23/2018

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government  Arrow Freight, Inc. business income tax for 2017
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

**2.5**

Illinois Department of Revenue
Priority Creditor's Name

Bankruptcy Unit
Number       Street

PO Box 19053

Springfield          IL      62794
City                State    ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  1  9  3  1      $   509.00  $   509.00  $      0.00

When was the debt incurred?   06/14/2018

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government  GTR Group, Inc. business income tax for 2017
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1   Jelena Dordevic
　　　　　First Name　　Middle Name　　　　Last Name　　　　　　　　　　　Case number *(if known)*_____

**Part 1:    Your PRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.6**

Illinois Tollway Authority
Priority Creditor's Name

PO Box 5544
Number　　　　Street

Chicago　　　　　IL　　60680
City　　　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   2   6   2   6

When was the debt incurred?   11/26/2019

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify  tollway violations

$ 43,884.90  $ 43,885.9  $   0.00

Also account nos 1564, 5649, 3832, 1199, 3179,4712, 9034, 3903, 2728, 2131, 0871, 4530, 0150, 8982, 3905, 2368, 4502, 2644, 3523, 0041, 8769, 9465, 8168, 6144,8236, and others

---

**2.7**

Florida Dept. of Transportation
Priority Creditor's Name

PO Box 31241
Number　　　　Street

Tampa　　　　　FL　　33631
City　　　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   3   5   3   0

When was the debt incurred?   08/01/2019

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify  tollway violations

$ 10,036.40  $ 10,036.4  $   0.00

Also account nos 3233, 8026, 6144, 8168, 4546, 8769, 8790, 1805, 1811, 6144, 9028, 6073, 7222 and others

---

**2.8**

Florida Hwy Safety & Motor Vehicles
Priority Creditor's Name

2900 Apalache Parkway
Number　　　　Street

Tallahasee　　　FL　　32399
City　　　　　　　State　　ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   1   3   4   4

When was the debt incurred?   02/07/2020

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify  truck toll violations

$ 2,224.05  $ 2,224.05  $   0.00

Also account nos. 9895, 1270 and others

---

Official Form 106E/F　　　　　　Schedule E/F: Creditors Who Have Unsecured Claims　　　　　　page 3 of 14

Debtor 1    Jelena Dordevic
             First Name    Middle Name    Last Name                    Case number (if known)_____

| Part 1: | Your PRIORITY Unsecured Claims — Continuation Page |
|---------|---------------------------------------------------|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

|  |  | Total claim | Priority amount | Nonpriority amount |
|--|--|-------------|-----------------|--------------------|

**2.9**

NY State Thruway Authority
Priority Creditor's Name

PO Box 15186
Number        Street

Albany            NY        25325
City              State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    1  5  4  1        $ 641.65  $ 641.65  $ 0.00

When was the debt incurred?    03/16/2020

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify   toll road payment violations

Also account nos. ending 8866, 4965 and 1656

---

**3.0**

West Virginia Parkways Authority
Priority Creditor's Name

PO Box 1469
Number        Street

Charleston        WV        25325
City              State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    1  2  5  0        $ 140.50  $ 140.50  $ 0.00

When was the debt incurred?    06/07/2019

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify   toll road payment violations

Also account nos ending 1251 and 1252

---

**3.1**

New Jersey EZ Pass
Priority Creditor's Name

PO Box 4971
Number        Street

Trenton           NJ        08650
City              State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    0  4  5  4        $ 1,089.90  $ 1,089.90  $ 0.00

When was the debt incurred?    11/04/2019

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

Also account nos ending 8878, 9535, 7209, 2646, 9717, 2974, 9901 & 3001

---

Debtor 1 __Jelena Dordevic_____    Case number _(if known)_____
        First Name    Middle Name    Last Name

| Part 1: | **Your PRIORITY Unsecured Claims – Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**3.2** Commonwealth of Massachusetts
Priority Creditor's Name
EZ Drive Massachusetts
Number        Street
PO Box 847840

Boston              MA      02284
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  7  1  1  0    $  50.00  $  50.00  $  0.00

When was the debt incurred?  02/17/2020    Also Account No. 6339

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify  unpaid toll road violations

---

**3.3** Riverlink
Priority Creditor's Name
PO Box 16799
Number        Street

Austin              TX      78761
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  8  7  7  5    $  84.60  $  84.60  $  0.00

When was the debt incurred?  02/04/2020

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify  unpaid toll road violations

---

**3.4** TxTag
Priority Creditor's Name
PO Box 650749
Number        Street

Dallas              TX      75265
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  7  5  7  9    $ 1,471.00  $ 1,471.00  $  0.00

When was the debt incurred?  03/11/2020

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify  unpaid toll road violations

---

| Debtor 1 | Jelena Dordevic | | | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 1:** **Your PRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**3.5**

Harris County Toll Road Authority
Priority Creditor's Name

ATTN: Violations
Number      Street

Dept. 11, PO Box 4440

Houston                TX        77210
City                        State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  2  9  1  3          $  189.00  $  189.00  $  0.00

**When was the debt incurred?**    12/28/2019

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were Intoxicated
☐ Other. Specify   unpaid toll road violations

---

**3.6**

RMA Toll Processing
Priority Creditor's Name

PO Box 734182
Number      Street

Dallas                  TX        75373
City                        State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6  8  8  5          $  131.00  $  131.00  $  0.00

**When was the debt incurred?**    03/22/2020

Also Account Nos 5253 and others

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were Intoxicated
☐ Other. Specify   unpaid toll road violations

---

**3.7**

Elk Grove Village
Priority Creditor's Name

Finance Department
Number      Street

901 Wellington Avenue

Elk Grove Village      IL        60007
City                        State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  1  5  1  0          $  85.00  $  85.00  $  0.00

**When was the debt incurred?**    07/27/2019

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were Intoxicated
☐ Other. Specify   truck parking violation

---

Debtor 1    __Jelena Dordevic_____    Case number *(if known)*_____
              First Name    Middle Name    Last Name

| **Part 1:** | **Your PRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**3.8**

City of Chicago
Priority Creditor's Name

Dept of Finance

PO Box 88292
Number    Street

Chicago          IL      60680
City              State   ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  U N K N O W N

When was the debt incurred?  UN KNOWN

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ~~~~

$ 120.00   $ 120.00   $  0.00

*PERSONAL VEHICLE PARKING VIOLATION*

---

**3.9**

Internal Revenue Service
Priority Creditor's Name

PO Box 802502
Number    Street

Cincinnati        OH      45280
City              State   ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  1  1  3  8

When was the debt incurred?  04/10/2020

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

$ 1,083.00   $ 1,083.00   $  0.00

*2019*

---

Priority Creditor's Name

Number    Street

City              State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

$_____   $_____   $_____

Debtor 1    Jelena Dordevic
　　　　　First Name    Middle Name    Last Name    Case number (if known)_____

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

3. Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one
nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already
included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured
claims fill out the Continuation Page of Part 2.

|  |  | Total claim |

**4.1**  Chase Cardmember Service
Nonpriority Creditor's Name

PO Box 15298
Number    Street

Wilmington         DE     19850
City                State    ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   2   2   5   5
When was the debt incurred?   11/08/2019

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  credit card

$   14,709.00

**4.2**  Home Depot Credit Services
Nonpriority Creditor's Name

PO Box 790345
Number    Street

St. Louis          MO     63179
City                State    ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   9   4   4   9
When was the debt incurred?   04/19/2019

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  credit card

$   2,501.00

**4.3**  Chase Cardmember Service
Nonpriority Creditor's Name

PO Box 15298
Number    Street

Wilmington         DE     19850
City                State    ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   6   1   2   0
When was the debt incurred?   11/08/2019

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  credit card

$   9,843.00

Debtor 1    Jelena Dordevic
     First Name    Middle Name    Last Name                Case number *(if known)*_____

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

### 4.4

Chase Cardmember Service
Nonpriority Creditor's Name

PO Box 15298
Number        Street

Wilmington                    DE        19850
City                    State    ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  5  2  9  4          $ 3,526.00

**When was the debt incurred?**    11/26/2019

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  credit card

### 4.5

Chase Cardmember Service
Nonpriority Creditor's Name

PO Box 15298
Number        Street

Wilmington                    DE        19850
City                    State    ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  9  1  6  3          $ 1,942.00

**When was the debt incurred?**    01/31/2020

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  credit card

### 4.6

Bank of America
Nonpriority Creditor's Name

PO Box 982238
Number        Street

El Paso                    TX        79998
City                    State    ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___  ___  ___  ___          $ 9,020.00

**When was the debt incurred?**    01/07/2020

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  credit card

Debtor 1   Jelena Dordevic
_____
First Name   Middle Name   Last Name

Case number (if known)_____

---

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

| Total claim |

---

**4.7**

Synchrony Bank / Paypal
_____
Nonpriority Creditor's Name

PO Box 530975
_____
Number   Street

Orlando                         FL        32896
_____
City                            State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _UNKNOWN_

When was the debt incurred?   01/13/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   credit card

$ 4,684.00

---

**4.8**

JPMorgan Chase Bank
_____
Nonpriority Creditor's Name

PO Box 9001022
_____
Number   Street

Louisville                      KY        40290
_____
City                            State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  8  0  0  3

When was the debt incurred?   04/10/2019

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   business line of credit
           _DEBTOR AV PERSONAL GUARANTOR_

$ 84,000.00

---

**4.9**

High Speed Capital
_____
Nonpriority Creditor's Name

116 Nassau Street, Suite 804
_____
Number   Street

New York                        NY        10038
_____
City                            State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  _UNKNOWN_

When was the debt incurred?   07/25/2018

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   unsecured cash business loan
           _DEBTOR AV PERSONAL GUARANTOR._

$ 157,190.00

---

Debtor 1    Jelena Dordevic
_____
First Name        Middle Name        Last Name

Case number *(if known)*_____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**5.0** Precision Portables LLC
_____
Nonpriority Creditor's Name

1840 NW 33rd Street
_____
Number        Street

Pompano Beach            FL        33064
_____
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  1  4  8  2

When was the debt incurred?  01/31/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  portable restroom rental

$ 1,230.50

**5.1** CH Robinson Worldwide, Inc
_____
Nonpriority Creditor's Name

14701 Charleson Road
_____
Number        Street

Eden Prairie            MN        55347
_____
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  UNHNOWN

When was the debt incurred?  09/24/2019

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  product delivery CONTRACT

DEBTOR AS PERSONAL GUARANTOR.

$ 74,625.10

**5.2** Encova Insurance
_____
Nonpriority Creditor's Name

471 E. Broad Street
_____
Number        Street

Columbus            OH        43215
_____
City                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  5  5  0  1

When was the debt incurred?  03/17/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  insurance claim

$ 5,600.00

Debtor 1 ___Jelena Dordevic_____   Case number (if known)_____
            First Name    Middle Name    Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**5.3**

**Pediatric Associates**
Nonpriority Creditor's Name

**900 S. Pine Island Road, Suite 800**
Number       Street

**Plantation**                    **FL**    **33324**
City                              State   ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  5  7  6  3       $ 372.55

When was the debt incurred?  03/13/2020

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **medical bill**

---

**5.4**

**Western Springs Asthma & Allergy, SC**
Nonpriority Creditor's Name

**5600 S. Wolf Road, Suite 135**
Number       Street

**Western Springs**               **IL**    **60525**
City                              State   ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __ __ __ __       $ 418.85

When was the debt incurred?  03/14/2020

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **medical bill**

---

**5.5**

                                                          $ 52,023.66

**1 Global Capital LLC**
Nonpriority Creditor's Name

**1250 E. Hallendale Beach Drive, Suite 605**
Number       Street

**Hallandale Beach**              **FL**    **33009**
City                              State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  2  1  7  6

When was the debt incurred?  06/13/2018

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Balance due Merchant**

Sales Agreement

DEBTOR AS PERSONAL GUARANTOR

---

A

Debtor 1 __Jelena Dordevic_____   Case number (if known)_____
 First Name   Middle Name   Last Name

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

Professional Account Management LLC
Name

633 W. Wisconsin Avenue
Number   Street

Suite 1600

Milwaukee         WI      53203
City              State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _2.6_ of (Check one): ☑ Part 1: Creditors with Priority Unsecured Claims
3.0, 3.2, 3.8 and 3.9      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __      Numerous highway tolls in collection

---

Timothy W. Fafinski
Name

3411 Brei Kessel Road
Number   Street

Independence      MN      55359
City              State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _5.1_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __      UNKNOWN

---

Wilber & Associates, PC
Name

210 Landmark Drive
Number   Street

Normal            IL      61761
City              State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _5.2_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _5_ _5_ _0_ _1_

---

Perlman Bajandas Yevoli & Albright, P.L.
Name

283 Catalonia Avenue
Number   Street

Suite 200

Miami             FL      33134
City              State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _5.5_ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _2_ _1_ _7_ _6_

---

Name

Number   Street

City              State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

Name

Number   Street

City              State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

Name

Number   Street

City              State   ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number __ __ __ __

---

Debtor 1    Jelena Dordevic

First Name    Middle Name    Last Name

Case number *(if known)*_____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 107,033.00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ 0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 107,033.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 421,685.16 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 528,718.16 |

| Fill in this information to identify your case: |
|---|

Debtor        **Jelena Dordevic**
               First Name            Middle Name           Last Name

Debtor 2
(Spouse if filing) First Name        Middle Name           Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** Wells Fargo Equipment Finance, Inc.<br>Name<br>PO Box 858178<br>Number      Street<br>Minneapolis      MN      55485<br>City             State    ZIP Code | 15 TRAILERS<br>FIVE 2013 Great Dane 53' Composite Van, and<br>TEN 2014 Great Dane 53' Composite Vans |
| **2.2**<br>Name<br><br>Number      Street<br><br>City             State    ZIP Code | |
| **2.3**<br>Name<br><br>Number      Street<br><br>City             State    ZIP Code | |
| **2.4**<br>Name<br><br>Number      Street<br><br>City             State    ZIP Code | |
| **2.5**<br>Name<br><br>Number      Street<br><br>City             State    ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1  Jelena Dordevic
_First Name_     _Middle Name_     _Last Name_

Debtor 2
(Spouse, if filing) _First Name_     _Middle Name_     _Last Name_

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106H
# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☐ No
   - ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.*)
   - ☑ No. Go to line 3.
   - ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
     - ☐ No
     - ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _Name of your spouse, former spouse, or legal equivalent_

   _Number_  _Street_

   _City_  _State_  _ZIP Code_

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

_Column 1: Your codebtor_

_Column 2: The creditor to whom you owe the debt_
Check all schedules that apply:

**3.1** Arrow Freight, Inc.
_Name_
11146 Indian Woods Drive
_Number_  _Street_
Indian Head Park   Illinois   60525
_City_  _State_  _ZIP Code_
- ☐ Schedule D, line ____
- ☑ Schedule E/F, line 2.1
- ☐ Schedule G, line ____

**3.2** GTR Group, Inc.
_Name_
11146 Indian Woods Drive
_Number_  _Street_
Indian Head Park   Illinois   60525
_City_  _State_  _ZIP Code_
- ☐ Schedule D, line ____
- ☑ Schedule E/F, line 4.1
- ☐ Schedule G, line ____

**3.3** GTR Group, Inc.
_Name_
11146 Indian Woods Drive
_Number_  _Street_
Indian Head Park   Illinois   60525
_City_  _State_  _ZIP Code_
- ☐ Schedule D, line ____
- ☑ Schedule E/F, line 4.2
- ☐ Schedule G, line ____

Debtor 1   **Jelena Dordevic**
First Name   Middle Name   Last Name

Case number (if known)_____

---

| **Additional Page to List More Codebtors** |

---

**Column 1: Your codebtor**

**Column 2: The creditor to whom you owe the debt**

Check all schedules that apply:

**3.4**
Arrow Freight, Inc
Name

11146 Indian Woods Drive
Number        Street

Indian Head Park        Illinois        60525
City        State        ZIP Code

☑ Schedule D, line 2.1
☐ Schedule E/F, line _____
☐ Schedule G, line _____

---

**3.5**
Nikola Zaric
Name

11146 Indian Woods Drive
Number        Street

Indian Head Park        Illinois        60525
City        State        ZIP Code

☑ Schedule D, line 2.1
☐ Schedule E/F, line _____
☐ Schedule G, line _____

---

**3.6**
Arrow Freight, Inc.
Name

11146 Indian Woods Drive
Number        Street

Indian Head Park        Illinois        60525
City        State        ZIP Code

☑ Schedule D, line 2.2
☐ Schedule E/F, line _____
☐ Schedule G, line _____

---

**3.7**
Pro Star Auto Group, LLC
Name

11141 Indian Woods Drive, Unit D
Number        Street

Indian Head Park        Illinois        60525
City        State        ZIP Code

☑ Schedule D, line 2.2
☐ Schedule E/F, line _____
☐ Schedule G, line _____

---

**3.8**
Arrow Freight, Inc.
Name

11146 Indian Woods Drive
Number        Street

Indian Head Park        Illinois        60525
City        State        ZIP Code

☑ Schedule D, line 2.5 and   Schedule D, line 2.8
☐ Schedule E/F, line _____
☐ Schedule G, line _____

---

**3.9**
Arrow Freight, Inc.
Name

11146 Indian Woods Drive
Number        Street

Indian Head Park        Illinois        60525
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.8
☐ Schedule G, line _____

---

**4.0**
GTR Group, Inc.
Name

11146 Indian Woods Drive
Number        Street

Indian Head Park        Illinois        60525
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.9
☐ Schedule G, line _____

---

**4.1**
Arrow Freight, Inc.
Name

11146 Indian Woods Drive
Number        Street

Indian Head Park        Illinois        60525
City        State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 2.6
☐ Schedule G, line _____

---

| Debtor 1 | Jelena Dordevic | | | Case number *(if known)* _____ |
| | First Name   Middle Name   Last Name | | | |

## Additional Page to List More Codebtors

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
| --- | --- |

**4.2**

Arrow Freight, Inc.
Name

11146 Indian Woods Drive
Number      Street

Indian Head Park        Illinois        60525
City                    State           ZIP Code

Check all schedules that apply:

☐ Schedule D, line _____
☑ Schedule E/F, line 2.7 _____
☐ Schedule G, line _____

---

**4.3**

Arrow Freight, Inc.
Name

11146 Indian Woods Drive
Number      Street

Indian Head Park        Illinois        60525
City                    State           ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 2.8 _____
☐ Schedule G, line _____

---

**4.4**

Arrow Freight, Inc.
Name

11146 Indian Woods Drive
Number      Street

Indian Head Park        Illinois        60525
City                    State           ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 2.9 _____
☐ Schedule G, line _____

---

**4.5**

Arrow Freight, Inc.
Name

11146 Indian Woods Drive
Number      Street

Indian Head Park        Illinois        60525
City                    State           ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 3.0 _____
☐ Schedule G, line _____

---

**4.6**

Arrow Freight, Inc.
Name

11146 Indian Woods Drive
Number      Street

Indian Head Park        Illinois        60525
City                    State           ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 3.1 _____
☐ Schedule G, line _____

---

**4.7**

Arrow Freight, Inc.
Name

11146 Indian Woods Drive
Number      Street

Indian Head Park        Illinois        60525
City                    State           ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 3.2 _____
☐ Schedule G, line _____

---

**4.8**

Arrow Freight, Inc.
Name

11146 Indian Woods Drive
Number      Street

Indian Head Park        Illinois        60525
City                    State           ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 3.3 _____
☐ Schedule G, line _____

---

**4.9**

Arrow Freight, Inc.
Name

11146 Indian Woods Drive
Number      Street

Indian Head Park        Illinois        60525
City                    State           ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 3.4 _____
☐ Schedule G, line _____

Debtor 1   Jelena Dordevic
　　　　　First Name　　Middle Name　　　Last Name

Case number (if known) _____

## Additional Page to List More Codebtors

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|

**5.0**

Arrow Freight, Inc
Name

11146 Indian Woods Drive
Number　　Street

Indian Head Park　　Illinois　　60525
City　　　　　　　　State　　　　ZIP Code

Check all schedules that apply:

☐ Schedule D, line _____
☑ Schedule E/F, line 3.5
☐ Schedule G, line _____

**5.1**

Arrow Freight, Inc.
Name

11146 Indian Woods Drive
Number　　Street

Indian Head Park　　Illinois　　60525
City　　　　　　　　State　　　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 3.6
☐ Schedule G, line _____

**5.2**

Arrow Freight, Inc.
Name

11146 Indian Woods Drive
Number　　Street

Indian Head Park　　Illinois　　60525
City　　　　　　　　State　　　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 3.7
☐ Schedule G, line _____

**5.3**

Arrow Freight, Inc.
Name

11146 Indian Woods Drive
Number　　Street

Indian Head Park　　Illinois　　60525
City　　　　　　　　State　　　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 3.8
☐ Schedule G, line _____

**5.4**

GTR Group, Inc.
Name

11146 Indian Woods Drive
Number　　Street

Indian Head Park　　Illinois　　60525
City　　　　　　　　State　　　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 3.9
☐ Schedule G, line _____

**5.5**

GTR Group, Inc.
Name

11146 Indian Woods Drive
Number　　Street

Indian Head Park　　Illinois　　60525
City　　　　　　　　State　　　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.0
☐ Schedule G, line _____

**5.6**

Arrow Freight, Inc.
Name

11146 Indian Woods Drive
Number　　Street

Indian Head Park　　Illinois　　60525
City　　　　　　　　State　　　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 5.0
☐ Schedule G, line _____

**5.7**

GTR Group, Inc.
Name

11146 Indian Woods Drive
Number　　Street

Indian Head Park　　Illinois　　60525
City　　　　　　　　State　　　　ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 5.1
☐ Schedule G, line _____

Debtor 1   __Jelena Dordevic_____   Case number (if known)_____
             First Name   Middle Name   Last Name

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|

**5.8**

Column 1: Your codebtor

GTR Group, Inc.
Name

11146 Indian Woods Drive
Number      Street

Indian Head Park      Illinois      60525
City                        State            ZIP Code

Column 2: The creditor to whom you owe the debt

Check all schedules that apply:

☐ Schedule D, line _____
☑ Schedule E/F, line 5.2
☐ Schedule G, line _____

**5.9**

GTR Group, Inc.
Name

11146 Indian Woods Drive
Number      Street

Indian Head Park      Illinois      60525
City                        State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 5.5
☐ Schedule G, line _____

Name

Number      Street

City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Name

Number      Street

City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Name

Number      Street

City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Name

Number      Street

City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Name

Number      Street

City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Name

Number      Street

City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**Fill in this information to identify your case:**

Debtor 1    Jelena Dordevic
_____First Name_____Middle Name_____Last Name_____

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Northern District of Illinois

Case number _____
    (If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 1. Fill in your employment information. | | | |
| If you have more than one job, attach a separate page with information about additional employers. Include part-time, seasonal, or self-employed work. Occupation may include student or homemaker, if it applies. | Employment status | ☑ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| | Occupation | independent accounting services | |
| | Employer's name | self | |
| | Employer's address | 11146 Indian Woods Drive | |
| | | Number  Street | Number  Street |
| | | | |
| | | IndianHeadPark  IL    60525 | |
| | | City      State   ZIP Code | City      State   ZIP Code |
| | How long employed there? | 1 year | |

## Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | | 2. | $  3,861.66 | $_____ |
| 3. Estimate and list monthly overtime pay. | | 3. | +$  0.00 | +$_____ |
| 4. Calculate gross income. Add line 2 + line 3. | | 4. | $  3,861.66 | $_____ |

Debtor 1   Jelena Dordevic
           First Name    Middle Name    Last Name

Case number (if known)_____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here...................................................➔ | 4. | $ 3,861.66 | $_____ |

5. List all payroll deductions:

|  |  |  |  |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $_____ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $_____ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $_____ |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $_____ |
| 5e. Insurance | 5e. | $ 0.00 | $_____ |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $_____ |
| 5g. Union dues | 5g. | $ 0.00 | $_____ |
| 5h. Other deductions. Specify: _____ | 5h. | + $ 0.00 | + $_____ |
| 6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0.00 | $_____ |
| 7. Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $_____ |

8. List all other income regularly received:

|  |  |  |  |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $_____ |
| 8b. Interest and dividends | 8b. | $ 0.00 | $_____ |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $_____ |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $_____ |
| 8e. Social Security | 8e. | $ 0.00 | $_____ |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $_____ |
| 8g. Pension or retirement income | 8g. | $ 0.00 | $_____ |
| 8h. Other monthly income. Specify: _____ | 8h. | + $ 0.00 | + $_____ |
| 9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $_____ |
| 10. Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,861.66 + | $_____ = $ 3,861.66 |

11. State all other regular contributions to the expenses that you list in *Schedule J*.

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____     11. + $ 0.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies     12.   $ 3,861.66

Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?

☑ No.

☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1    Jelena Dordevic
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
| --- | --- |

**1. Is this a joint case?**

☑ No. Go to line 2.
☐ Yes. Does Debtor 2 live in a separate household?

    ☐ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No
☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- |
| Daughter | 5 | ☐ No  ☑ Yes |
| Mother | 61 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
| --- | --- |

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | |
| --- | --- | --- |
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 2,100.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 605.00 |

Debtor 1    Jelena Dordevic

First Name    Middle Name    Last Name

Case number (if known)_____

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ 300.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ 50.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 200.00 |
| | 6d. Other. Specify: _____ | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 600.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 150.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 200.00 |
| 10. | **Personal care products and services** | 10. | $ 50.00 |
| 11. | **Medical and dental expenses** | 11. | $ 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 100.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 60.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ 0.00 |
| | 15b. Health insurance | 15b. | $ 600.00 |
| | 15c. Vehicle insurance | 15c. | $ 150.00 |
| | 15d. Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c. Other. Specify:_____ | 17c. | $ 0.00 |
| | 17d. Other. Specify:_____ | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. | $ 0.00 |
| | 20b. Real estate taxes | 20b. | $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1  Jelena Dordevic
      First Name    Middle Name    Last Name                    Case number *(if known)*

21.  **Other.** Specify:  pet expenses and health club membership        21.    +$_____ 200.00

22.  **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.        22a.    $_____ 5,765.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.    $_____ 0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.        22c.    $_____ 5,765.00

23.  **Calculate your monthly net income.**

    23a.  Copy line 12 *(your combined monthly income)* from *Schedule I.*        23a.    $_____ 3,861.66

    23b.  Copy your monthly expenses from line 22c above.        23b.    –$_____ 5,765.00

    23c.  Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income.*        23c.    $_____ 0.00

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.    Explain here:

**Fill in this information to identify your case:**

Debtor 1    Jelena Dordevic
              First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Northern District of Illinois

Case number
(if known)    _____

☐ Check if this is an
   amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ /s/Jelena Dordevic                          ✗ _____
Signature of Debtor 1                           Signature of Debtor 2

Date  4/24/ 2020                                Date _____
      MM / DD  /  YYYY                                MM / DD /  YYYY

**Fill in this information to identify your case:**

Debtor 1 _____
          First Name            Middle Name            Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name            Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____
(If known)

☐ Check if this is an
   amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____        X _____
Signature of Debtor 1                         Signature of Debtor 2

Date _____                         Date _____
     MM / DD / YYYY                                MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1   Jelena Dordevic
First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name      Last Name

United States Bankruptcy Court for the:  Northern District of Illinois

Case number
(If known)  _____

☐ Check if this is an amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7   12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:**   **List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: First Financial Bank, N.A.<br><br>Description of property securing debt: condominium/townhome at 11146 Indian Woods Drive, Unit 32A, Indian Head Park, Illinois 60525 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*  FIRST MORTGAGE<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☑ Yes |
| Creditor's name: Newtek Small Business Finance LLC<br><br>Description of property securing debt: condominium/townhome at 11146 Indian Woods Drive, Unit 32A, Indian Head Park, Illinois 60525 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*  SECOND MORTGAGE<br>☑ Retain the property and [explain]: discharge the debt for this loan | ☐ No<br>☑ Yes<br><br>*WILL REAFFIRM FIRST MORTGAGE* |
| Creditor's name: _____<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name: _____<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |

Debtor 1    <u>Jelena Dordevic</u>                      Case number *(If known)*_____
First Name     Middle Name     Last Name

---

| **Part 2:** | **List Your Unexpired Personal Property Leases** |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**                  **Will the lease be assumed?**

Lessor's name: _____           ☐ No
Description of leased property: _____          ☐ Yes

Lessor's name: _____           ☐ No
Description of leased property: _____          ☐ Yes

Lessor's name: _____           ☐ No
Description of leased property: _____          ☐ Yes

Lessor's name: _____           ☐ No
Description of leased property: _____          ☐ Yes

Lessor's name: _____           ☐ No
Description of leased property: _____          ☐ Yes

Lessor's name: _____           ☐ No
Description of leased property: _____          ☐ Yes

Lessor's name: _____           ☐ No
Description of leased property: _____          ☐ Yes

---

| **Part 3:** | **Sign Below** |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

**✗** /s/Jelena Dordevic             **✗** _____
Signature of Debtor 1                       Signature of Debtor 2

Date   4 / 24 / 2020            Date _____
     MM / DD / YYYY                     MM / DD / YYYY

---

Debtor 1 _____    Case number (If known)_____
         First Name    Middle Name    Last Name

## Part 2:   List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G),
fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet
ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: | ☐ No |
| Description of leased property: | ☐ Yes |

## Part 3:   Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any
personal property that is subject to an unexpired lease.

x _____    x _____
Signature of Debtor 1                     Signature of Debtor 2

Date  4/24/2020                          Date _____
     MM / DD / YYYY                           MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1    Jelena Dordevic
_____First Name_____   _____Middle Name_____   _____Last Name_____

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the:  Northern District of Illinois

Case number _____
(If known)

☐ Check if this is an
   amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy        04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

1. **What is your current marital status?**

☐ Married
☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number   Street | From _____ To _____ | Number   Street | From _____ To _____ |
| City   State   ZIP Code | | City   State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number   Street | From _____ To _____ | Number   Street | From _____ To _____ |
| City   State   ZIP Code | | City   State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2: | Explain the Sources of Your Income |
|---|---|

Debtor 1  Jelena Dordevic
First Name  Middle Name  Last Name

Case number (if known)

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 14,920.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| For last calendar year:<br>(January 1 to December 31, 2019) | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 39,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| For the calendar year before that:<br>(January 1 to December 31, 2018) | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 37,600.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | | $<br>$<br>$ | | $<br>$<br>$ |
| For last calendar year:<br>(January 1 to December 31, 2019) | | $<br>$<br>$ | | $<br>$<br>$ |
| For the calendar year before that:<br>(January 1 to December 31, 2018) | | $<br>$<br>$ | | $<br>$<br>$ |

Debtor 1    <u>Jelena Dordevic</u>                                      Case number *(if known)*_____
           First Name    Middle Name    Last Name

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| First Financial Bank<br>Creditor's Name<br><br>201 N. Broadway Street<br>Number    Street<br><br><br>Greenburg    IN    47240<br>City    State    ZIP Code | 01/13/2020<br><br>03/06/2020<br><br>04/13/2020 | $    7,886.30 | $    211,500.00 | ☑ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Creditor's Name<br><br>Number    Street<br><br><br>City    State    ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Creditor's Name<br><br>Number    Street<br><br><br>City    State    ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Debtor 1    Jelena Dordevic
First Name      Middle Name          Last Name          Case number (if known)_____

---

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| City                 State    ZIP Code | _____ | | | |
| Insider's Name | | $_____ | $_____ | |
| Number    Street | _____ | | | |
| City                 State    ZIP Code | _____ | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number    Street | _____ | | | |
| City                 State    ZIP Code | _____ | | | |
| Insider's Name | | $_____ | $_____ | |
| Number    Street | _____ | | | |
| City                 State    ZIP Code | _____ | | | |

Debtor 1    Jelena Dordevic
       First Name    Middle Name      Last Name                  Case number *(if known)*_____

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title_____ | SEE ATTACHMENT SHEET A FOR LEGAL ACTIONS | Court Name_____ | ☐ Pending |
| _____ | | | ☐ On appeal |
| Case number _____ | | Number    Street_____ | ☐ Concluded |
| | | City_____ State____ ZIP Code____ | |
| Case title_____ | | Court Name_____ | ☐ Pending |
| _____ | | | ☐ On appeal |
| Case number _____ | | Number    Street_____ | ☐ Concluded |
| | | City_____ State____ ZIP Code____ | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name_____ | | _____ | $_____ |
| Number    Street_____ | **Explain what happened** | | |
| _____ | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| _____ | ☐ Property was garnished. | | |
| City_____ State____ ZIP Code____ | ☐ Property was attached, seized, or levied. | | |
| | Describe the property | Date | Value of the property |
| Creditor's Name_____ | | _____ | $_____ |
| Number    Street_____ | **Explain what happened** | | |
| _____ | ☐ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| _____ | ☐ Property was garnished. | | |
| City_____ State____ ZIP Code____ | ☐ Property was attached, seized, or levied. | | |

---

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 5

Debtor 1    Jelena Dordevic
      First Name    Middle Name     Last Name

Case number *(if known)*_____

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | $_____ |
| Number    Street | | | |
| | | | |
| City                    State    ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

**Part 5:    List Certain Gifts and Contributions**

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | $_____ |
| Person to Whom You Gave the Gift | | | $_____ |
| | | | |
| Number    Street | | | |
| City                    State    ZIP Code | | | |
| Person's relationship to you | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | $_____ |
| Person to Whom You Gave the Gift | | | $_____ |
| | | | |
| Number    Street | | | |
| City                    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1    Jelena Dordevic                                        Case number (if known)_____
            First Name    Middle Name    Last Name

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name | | _____ | $_____ |
| | | _____ | $_____ |
| Number    Street | | | |
| City    State    ZIP Code | | | |

---

**Part 6:    List Certain Losses**

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

**Part 7:    List Certain Payments or Transfers**

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Anthony J. Peraica & Assoc Ltd<br>Person Who Was Paid | attorneys fees | 04/24/2019 | $    3,000.00 |
| 5130 S. Archer Avenue<br>Number    Street | | 07/31/2019 | $    1,000.00 |
| | | 09/18/2019 | $    1,000.00 |
| Chicago          IL      60632<br>City          State    ZIP Code | | | |
| www.peraica.com<br>Email or website address | | | |
| N/A<br>Person Who Made the Payment, if Not You | | | |

---

Debtor 1   Jelena Dordevic
           First Name   Middle Name   Last Name

Case number (if known)_____

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Money Mngmt International | Pre-bankruptcy counseling course | 03/03/2020 | $ 24.95 |
| Person Who Was Paid | | | |
| 14141 Southwest Freeway | | _____ | $ _____ |
| Number   Street | | | |
| Suite 1000 | | | |
| Sugar Land   TX   77478 | | | |
| City   State   ZIP Code | | | |
| www.bankruptcycertificate.com | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number   Street | | _____ | $ _____ |
| | | _____ | $ _____ |
| City   State   ZIP Code | | | |

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Marko Svrakic | 2012 BMW S1000RR Motorcycle with 3,100 miles, VIN Ending 15952, debtor was co-owner | $3,100.00 used to pay debt | 04/18/2019 |
| Person Who Received Transfer | | | |
| 6655 S. Cass Avenue | | | |
| Number   Street | | | |
| Unit 3B | | | |
| Westmont   IL   60559 | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you buyer | | | |
| Dejan Djurdjevic | 1996 Sea Ray 370 Sundancer Cabin Motorboat, Hull ID: SERF4978H596 Registration No. DL4071AL | $5,400.00 used to pay debt | 12/24/2018 |
| Person Who Received Transfer | | | |
| Bulevar Krajla Aleksandra 74 | | | |
| Number   Street | | | |
| 11000 Belgrade, Serbia | | | |
| Europe | | | |
| City   State   ZIP Code | | | |
| Person's relationship to you friend | | | |

Debtor 1   Jelena Dordevic
           First Name      Middle Name      Last Name

Case number (if known)_____

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you
    are a beneficiary? (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | 12/24/2018 |

## Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit,
    closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions,
    brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| SEE ATTACHMENT<br>Name of Financial Institution<br>SHEET B<br>Number   Street<br>_____<br>City      State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Name of Financial Institution<br>Number   Street<br>_____<br>City      State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for
    securities, cash, or other valuables?
☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution<br>Number   Street<br>_____<br>City      State    ZIP Code | Name<br>Number   Street<br>_____<br>City      State    ZIP Code | | ☐ No<br>☐ Yes |

Debtor 1   Jelena Dordevic
            First Name    Middle Name    Last Name

Case number (if known)_____

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No

☐ Yes. Fill in the details.

|  | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| Name of Storage Facility | Name | | |
| Number   Street | Number   Street | | |
| | City State  ZIP Code | | |
| City         State      ZIP Code | | | |

**Part 9:   Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No

☐ Yes. Fill in the details.

|  | Where is the property? | Describe the property | Value |
|---|---|---|---|
| | | | $_____ |
| Owner's Name | | | |
| Number   Street | Number   Street | | |
| City         State      ZIP Code | City         State      ZIP Code | | |

**Part 10:   Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No

☐ Yes. Fill in the details.

|  | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| | City         State   ZIP Code | | |
| City         State      ZIP Code | | | |

Debtor 1   **Jelena Dordevic**
     First Name    Middle Name    Last Name

Case number *(if known)*_____

---

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

---

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | Court Name | | ☐ Pending |
| | Number   Street | | ☐ On appeal |
| | City   State   ZIP Code | | ☐ Concluded |
| Case number | | | |

---

**Part 11:   Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☑ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| SEE ATTACHMENT SHEET C | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Business Name | | Do not include Social Security number or ITIN. |
| Number   Street | | EIN: __ __ __ - __ __ __ __ __ __ __ __ __ |
| | Name of accountant or bookkeeper | Dates business existed |
| City   State   ZIP Code | | From _____ To _____ |

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Business Name | | Do not include Social Security number or ITIN. |
| Number   Street | | EIN: __ __ __ - __ __ __ __ __ __ __ __ __ |
| | Name of accountant or bookkeeper | Dates business existed |
| City   State   ZIP Code | | From _____ To _____ |

---

Debtor 1    Jelena Dordevic
_____     Case number (if known)_____
            First Name    Middle Name    Last Name

| Business Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| _____ | _____ | EIN: __ __ - __ __ __ __ __ __ __ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| _____ | _____ | |
| City        State    ZIP Code | | From _____ To _____ |

---

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No
☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| Name | MM / DD / YYYY |
| _____ | |
| Number   Street | |
| _____ | |
| City        State    ZIP Code | |

---

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✘ /s/Jelena Dordevic                    ✘ _____
Signature of Debtor 1                    Signature of Debtor 2

Date  4/24/2020                          Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# ATTACHMENT SHEET A
## TO STATEMENT OF FINANCIAL AFFAIRS
## PART 4, LINE 9

### CHAPTER 7 BANKRUPTCY OF JELENA DORDEVIC

**Identify Legal Actions, Repossessions and Foreclosures**

| | CAPTION OF SUIT AND CASE NUMBER | NATURE OF THE CASE | COURT OR AGENCY | STATUS OF THE CASE |
|---|---|---|---|---|
| 1. | Siemans Financial Svcs vs. Jelena Dordevic, et al 19-L-050409 | Replevin | Circuit Court of Cook Co., Illinois – Law Division | Judgment entered 12/12/2019 |
| 2. | BMO Harris Bank vs. Jelena Dordevic, et al 19-L-009572 | Contract | Circuit Court of Cook Co., Illinois – Law Division | Judgment entered 01/16/2020 |
| 3. | Cit Bank, N.A. vs. Jelena Dordevic, et al 19-L-013499 | Contract | Circuit Court of Cook Co. Illinois – Law Division | Pending |
| 4. | Cit Bank, N.A. vs. Jelena Dordevic, et al 19-L-013914 | Contract | Circuit Court of Cook Co. Illinois – Law Division | Pending |
| 5. | M2 Lease Funds, LLC vs. Jelena Dordevic, et al 2019-CV-000608 | Replevin | Circuit Court of Waukesha County, Wisconsin | Judgment entered 06/24/2019 |
| 6. | 1 Global Capital LLC vs. GTR Group, Inc. and Jelena Dordevic., 19-01495 RBR | Adversary Suit in Chap 11 Bankruptcy of 1 Global Capital LLC for Breach of Contract, Chap 11 Case No 18-19121 | US Bankruptcy Court for S. Dist of Florida, Ft. Lauderdale Division | Default order entered 01/02/2020 |

# ATTACHMENT SHEET B
## TO STATEMENT OF FINANCIAL AFFAIRS, LINE 20

### CHAPTER 7 BANKRUPTCY OF JELENA DORDEVIC

**LINE 20: Closed Financial Accounts**

| NAME OF BANK | LAST 4 DIGITS OF ACCT NO. | ACCT TYPE | DATE CLOSED | LAST BALANCE |
|---|---|---|---|---|
| Chase Bank | 8020 | personal checking | 05/28/19 | $0.00 |
| Chase Bank | 0021 | business checking Arrow Freight, Inc. | 05/20.19 | $0.00 |
| Chase Bank | 8566 | business checking GTR Group, Inc. | 04/29/19 | $0.00 |

# ATTACHMENT SHEET C
## TO STATEMENT OF FINANCIAL AFFAIRS, LINE 27

### CHAPTER 7 BANKRUPTCY OF JELENA DORDEVIC

**LINE 27: Details about Businesses or Connections to Any Business**

| BUSINESS NAME/ADDRESS | NATURE OF BUSINESS AND BOOKKEEPER NAME | FEIN AND DATES OF OPERATION |
|---|---|---|
| 1. Arrow Freight, Inc.(IL)<br>1000 Jorie Blvd., Ste 250<br>Oak Brook, IL 60523 | Trucking / Transport,<br>Lou Srejovic Accounting | 27-3635538<br>June 9, 2011 to<br>November 8, 2019<br>(status revoked) |
| 2. Arrow Freight, Inc.(IN)<br>6013 Lexington<br>Portage, IN 46368 | Trucking / Transport<br>Lou Srejovic Accounting | 27-3635538<br>Oct. 4, 2010 to<br>September 5, 2018<br>(involuntary<br>dissolution) |
| 3. GTR Group, Inc.<br>11146 Indian Woods Dr.<br>Indian Head Park, IL 60525 | Trucking / Transport<br>Lou Srejovic Accounting | 46-5721931<br>May 21, 2014 to<br>present<br>(agent vacated<br>April 4, 2020) |
| 4. Pro Star Auto Group LLC<br>11141 Indian Woods Dr.<br>Indian Head Park, IL 60525 | Trucking / Transport<br>Lou Srejovic Accounting | 81-0904579<br>December 9, 2016 to<br>June 14, 2019<br>(status revoked) |
| 5. Pro Star Auto Group, LLC<br>1850 Clay Street<br>Hammond, IN 46320 | Trucking / Transport<br>Lou Srejovic Accounting | 81-0904579<br>December 23, 2015 to<br>present (dissolution<br>pending as of April<br>23, 2020) |

Debtor 1 _____    Case number (if known) _____
         First Name    Middle Name    Last Name

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN |
|---|---|---|
| Business Name _____ | | EIN: __ __ – __ __ __ __ __ __ __ |
| Number    Street _____ | Name of accountant or bookkeeper | Dates business existed |
| _____ | | From _____ To _____ |
| City        State    ZIP Code | | |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
☐ Yes. Fill in the details below.

                                    Date issued

Name _____            MM / DD / YYYY

Number    Street _____

_____

City        State    ZIP Code

## Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _____            ✗ _____
Signature of Debtor 1                     Signature of Debtor 2

Date _____            Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

### Northern ____ District Of Illinois ____

**In re**

Case No. _____

**Debtor**

Chapter 7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 5000.00

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ 5000.00

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00

2. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

       Representation at continued Section 341 meetings;

       Representation in adversary proceedings;

       Representation in negotiations for and/or hearings regarding Reaffirmation

       Agreements;

       Representation in Section 2004 proceedings

       Representation regarding repossession and/or turnover of secured properties

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

4/24/2020                          /s/Anthony J. Peraica

Date                              Signature of Attorney

Anthony J. Peraica & Associates, Ltd.

Name of law firm

*Law Offices of*
## ANTHONY J. PERAICA & ASSOCIATES, LTD.
**5130 S. Archer Avenue, Chicago, Illinois 60632**
**(773) 735-1700 (Phone)        (773) 585-3035 (Fax)**
**www.peraica.com**

## <u>CHAPTER 7 BANKRUPTCY RETAINER AGREEMENT</u>

The undersigned ("Client") hereby retain(s) the Law Offices of Anthony J. Peraica & Associates, Ltd. ("Attorney") as attorneys for representation in a Chapter 7 bankruptcy under the following terms and conditions. The Law Offices of Anthony J. Peraica & Associates, Ltd. has informed the undersigned of the procedures involved in the matter described below:

1.    Attorney fees for the Chapter 7 bankruptcy are $ 3,000 . This amount does not include court filing fees, or costs for credit counseling or financial management classes. This fee includes all work in the representation in my Chapter 7, but does not include missed 341 meetings, amendments to schedules, motions to dismiss filed by the U.S. Trustee, or any other evidentiary hearings, contested matters or adversary proceedings. It is clearly understood by the undersigned that, should additional work be necessary, requested and/or performed other than that set forth herein, or usually or customarily required for such matters, additional fees or costs may be billed to the Client(s).

2.    Payments above are for General Advance Retainer and are deposited into the firm's operating account. Client(s) will be billed for work on an hourly basis. Attorney will charge at the rate of $475.00 per hour for Anthony J. Peraica and $325.00 per hour for all other associate attorneys for all work, including depositions, court time and non-court time. To save Client(s) money, Attorney employs paralegals and secretaries to provide basic legal services. Client agrees to pay paralegal services at the rate of $175.00 per hour, and secretarial services at the rate of $95.00 per hour.   Client(s) further agree(s) to pay an additional fee of $250.00 for each Reaffirmation Agreement accepted by the debtor and entered in the bankruptcy proceeding, if a hearing is required.  Any continued hearing will result in a $250.00 fee to be paid prior to the continued date.

3.    If Client(s) has secured debts that he/she/they wish to retain (mortgages, financed vehicles or other financed property), Client(s) may be required to sign a Reaffirmation Agreement with the creditor in order to keep the property.  Client(s) must remain current on his/her/their payments.

4.    Client(s) has/have been advised that upon execution of this retainer agreement, client(s) should cease from using or obtaining any credit or credit cards.

5.    Client(s) understand(s) that he/she/they will be billed for all amounts due for fees and costs advanced on his/her/their file.  These amounts are **due in full at the time of execution of the documents.**  Balances not paid by the tenth (10th) business day after the date(s) on invoices/bills may be subject to an interest at the rate of 1.5% per month.

6.    Client(s) understand(s) that if he/she/they fail(s) to take his/her/their financial management class after filing but before discharge, his/her/their case may be closed without discharge, and he/she/they will be required to pay fees and costs to have the case reopened.

7.    Any balance owed by Client(s) for Attorney's fees and costs will be paid before the proceedings are concluded.  Attorney cannot guarantee results and cannot predict a maximum charge. The final bill will be based solely on the time spent and the costs advanced.

8.      The Law Offices of Anthony J. Peraica & Associates, Ltd. has no obligation to perform any services other than specifically stated above and Client(s) agree(s) to prepay all costs, including but not limited to those listed above.

9.      Client(s) acknowledge(s) that no guarantees or promises have been made and the Law Offices of Anthony J. Peraica & Associates, Ltd.'s sole obligation is to provide the aforementioned legal services in a professional and efficient manner.  Down payments/initial retainers are absolutely not refundable.

Dated this _24_ day of ___APRIL___, 20 _19_.

CLIENT(S)                                  ANTHONY J. PERAICA & ASSOCIATES, LTD.

ADDRESS: _11146 INDIAN WOODS DR._
_INDIAN HEAD PARK, IL 60525_

CONTACT INFO:

HOME PHONE NO. _____

CELL PHONE: █████████████

EMAIL: ███████████████████