# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:                                    )
    JELENA DORDEVIC,              )      Case No. 20-09807
                Debtor.    )      Chapter 7
                                       )      Honorable Donald R. Cassling
                                       )      Hearing Date: October 5, 2021, 9:30 a.m.

## NOTICE OF OBJECTION

TO:   **SEE ATTACHED SERVICE LIST**

PLEASE TAKE NOTICE that on Tuesday, October 5, 2020, at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before the Honorable Donald R. Cassling, Bankruptcy Judge, or any other judge sitting in his stead, via ZOOM FOR GOVERNMENT, and then and there object to U.S. TRUSTEE'S MOTION TO EXAMINE FEES PAID TO ATTORNEY PURSUANT TO 11 U.S.C. § 329 AND FOR OTHER RELIEF.

                                                        s/ Anthony J. Peraica
                                                        Anthony J. Peraica

Anthony J. Peraica, #6186661
Anthony J. Peraica & Associates, Ltd.
5130 S. Archer Avenue
Chicago, Illinois 60632
Phone: (773) 735-1700
Fax: (773) 585-3035
support@peraica.com

## CERTIFICATE OF SERVICE

I, Anthony J. Peraica, counsel for Debtor Jelena Dordevic, hereby certify that the foregoing document were served upon all attorneys of record as listed on the below service list on September 29, 2021 via the CM/ECF system.

                                               s/ Anthony J. Peraica
                                               Anthony J. Peraica

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

**Jeffrey S. Snell --**     Jeffrey.Snell@usdoj.gov
**Carrie A. Dolan --**    cdolan@cohonraizes.com
**Arlene N. Gelman** – agelman@vedderprice.com, twilliams@vedderprice.com, ecfdocket@vedderprice.com, arlene-gelman-5110@ecf.pacerpro.com, 7610@ecf.pacerpro.com
**Daniel P. Jackson –** djackson@vedderprice.com, ecfdocket@vedderprice.com, ecappilla@vedderprice.com, elda-capilla-8059@ecf.pacerpro.com, daniel-jackson-5444@ecf.pacerpro.com, 7610@ecf.pacerpro.com
**Saulius Modestas –** smodestas@modestaslaw.com
**Gus A. Paloian** – gpaloian@seyfarth.com. gpaloian@iq7technology.com, jmcmanus@seyfarth.com, ecf.alert+Paloian@titlexi.com
**Patrick S. Layng** – USTPRegion11.ES.ECF@usdoj.gov
**Gus A. Paloian** – gpaloian@seyfarth.com. gpaloian@iq7technology.com,
**Kenneth D. Peters** – kpeters@presslerpeters.com, rmccandless@dresslerpeters.com, jmcmanus@seyfarth.com, jwoods@seyfarth.com, chidocket@seyfarth.com

**Parties Served by First Class Mail:**

Jelena Dordevic
11146 Indian Woods Drive
Unit 32A
Indian Head Park, IL  60525

PRA Receivables
PO Box 41021
Norfolk, VA  23541

Enverto Investment Group
Attn:  Bankruptcy
4250 N. Drinkwater Blvd., Suite 220
Scottsdale, AZ  85251