**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE JELENA DORDEVIC<br><br>Debtor.<br><br>---<br><br>JELENA DORDEVIC et al.<br><br>Appellants,<br><br>v.<br><br>PATRICK S. LAYNG, Trustee<br><br>Appellee. | Bankr. No. 20 -9807<br><br>Chapter 7 |

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**
**AND STATEMENT OF ISSUES**

   Appellants JELENA DORDEVIC and ANTHONY J. PERAICA, pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby designate the following items to be included in the record on appeal:

   Docket Nos.  67, 68, 69, 70, 72, 72, 73, 74 75, 78, 79 and 80

<u>Statement of Issues to be Presented</u>

   1.    Whether the Bankruptcy Court erred in entering an order of disgorgement against Appellants.

   2.    Whether the Bankruptcy Court erred in determining the amount of disgorgement to be made.


                                        /s/ *Anthony J. Peraica*
                                        5130 South Archer Ave.
                                        Chicago Il 60632
                                        773-735-1700
                                        support@peraica.com

## CERTIFICATE OF SERVICE

I hereby certify that on **December 8, 2021**, I electronically filed the instant Notice, with Defendant's Answer attached, with the Clerk of the Bankruptcy Court using CM/ECF, and that service will be accomplished by the CM/ECF system.

Signature:      /s/Anthony J. Peraica_____                    Date: December 9, 2021

Address:      Anthony J. Peraica & Associates, Ltd.              Phone: 773-735-1700
              5130 S. Archer Avenue                              ARDC No. 6186661
              Chicago, IL  60632
              support@peraica.com