UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  JELENA DORDEVIC

Debtor.

Case No. 20-09807
(Chapter 7)

### TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), the trustee hereby reports the results of the sale of Interest in PHMX, LLC, pursuant to the entry of a Court Order dated August 16, 2022 (Dkt. No. 122) approving Chapter 7 Trustee's Motion for Order Authorizing (I) the Sale of the Membership Interest in PHMX, LLC and (II) Other Relief (Dkt. No. 102). The following is a detailed listing of the property sold at auction:

1. **Seller:** The Chapter 7 Bankruptcy Estate of Jelena Dordevic (the "Estate")

   **Purchaser:** Tract 49 Miami LLC

   **Property:** Fifty Percent Limited Liability Interest in PHMX, LLC

   **Purchase Price:** $500,000.00

Dated this 13th day of September, 2022.

/s/ Gus A. Paloian
Gus A. Paloian, Chapter 7 Trustee

86817287v.1